### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS


**PAUL JAMES BUBBUS**                                                                                      **Plaintiff**

**VS.**                                                    **4:12-CV-287-BRW**

**CAROLYN W. COLVIN, Acting Commissioner,**                                                **Defendant**
**Social Security Administration**

### JUDGMENT

Pursuant to the order entered in this case on this date, the Commissioner's decision

denying plaintiff Paul James Bubbus's application for supplemental security income is

AFFIRMED.  Judgment is entered in favor of the Commissioner.  This case is DISMISSED with

prejudice.

It is so ordered this 11ᵗʰ day of June, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE