IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

PAUL JAMES BUBBUS                                                                               Plaintiff

VS.                                        4:12-CV-287-BRW

CAROLYN W. COLVIN, Acting Commissioner,                                          Defendant
Social Security Administration

## JUDGMENT

Pursuant to the order entered in this case on this date, the Commissioner's decision denying plaintiff Paul James Bubbus's application for supplemental security income is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is DISMISSED with prejudice.

It is so ordered this 11th day of June, 2013.


                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE